IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 2:20-cr-00235-JAD-NJK |
| Plaintiff, | ) |
| | )   ORDER TEMPORARILY |
| vs. | )   UNSEALING PROCEEDING |
| | ) |
| MAHOGANY BOYD, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

   On November 2nd, 2020, this Court received a request from Amber McClane, Court Reporter, for a transcript of the sealed Arraignment & Plea portion of the hearing held on September 22, 2020.

   **IT IS THEREFORE ORDERED** that the reporter notes of said hearing shall be unsealed for the limited purpose of providing the transcript as requested by CHRISTOPHER BURTON, AUSA.  The original reporter notes shall thereafter be resealed, together with the certified copy of the transcript delivered to the Clerk pursuant to 28 USC § 753(b), until further order of this Court.

   **IT IS FURTHER ORDERED** that Amber McClane, Court Reporter, shall not disclose the contents of the transcript of the sealed proceedings to anyone other than the parties or representatives of the parties directly concerned with this case.

   **DATED** this 2nd day of November, 2020.

                                    _____
                                    JENNIFER A. DORSEY
                                    UNITED STATES DISTRICT COURT JUDGE