**STIP**
ROGER C. BAILEY, ESQ.
Nevada Bar Number 12552
1428 S. Jones Blvd.
Las Vegas, Nevada 89146
Tel. 702.253.6996
Fax: 702.253.6997
roger@rcblawoffice.com.com
Attorney for DEFENDANT

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.:   2:20-CR-235-JAD-NJK |
| vs. | **STIPULATION TO CONTINUE SENTENCING DATE** |
| MAHOGANY BOYD, | |
| Defendant. | (FIRST REQUEST) |

*Certification:* This stipulation is filed pursuant to General Order 2007-04.

IT IS STIPULATED between the defendant MAHOGANY BOYD through her attorney ROGER C. BAILEY, ESQ., and the United States of America, through CHRISTOPHER BURTON, Assistant United States Attorney, that the sentencing currently scheduled for December 29, 2020, at the hour of 11:00 a.m. be vacated and set to a date and time convenient to this court, but in no event earlier than ninety (90) days.

This Stipulation is entered into pursuant to General Order 2007-04 and based upon the following:

1. There have been no previous continuances requested in this case.
2. Defendant is undergoing various treatments for breast cancer which compromised her immune system.
3. Defense Counsel's law partner recently tested positive for Covid 19, requiring Defense Counsel to be tested. The results of that test are pending.
4. The parties agree to the continuance.
5. Denial of this request for continuance would cause the defendant to potentially be exposed to someone positive for Covid 19.

6. For the above stated reasons, the parties agree that a continuance of the sentencing date would best serve the ends of justice in this case.
7. This is the first request for a continuance of the sentencing date in this case.
8. The Defendant is out of Custody and does not object to the continuance.

DATED this 22nd day of December.

RESPECTFULLY SUBMITTED BY:

| /s/ Christopher Burton | /s/ Roger C. Bailey |
|---|---|
| CHRISTOPHER BURTON | ROGER C. BAILEY, ESQ. |
| Assistant United States Attorney | Attorney for MAHOGANY BOYD |

**STIP**
ROGER C. BAILEY, ESQ.
Nevada Bar Number 12552
1428 S. Jones Blvd.
Las Vegas, Nevada 89146
Tel. 702.253.6996
Fax: 702.253.6997
roger@rcblawoffice.com
Attorney for DEFENDANT

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MAHOGANY BOYD, ) <br> ) <br> Defendant. ) <br> ) | Case No.:   2:20-CR-235-JAD-NJK <br><br> **STIPULATION TO CONTINUE SENTENCING DATE** <br><br> (FIRST REQUEST) |

### FINDINGS OF FACT

Based upon the submitted Stipulation, and good cause appearing therefore, the Court finds that:

1. The parties require additional time to prepare for sentencing in this matter.
2. This stipulation complies with General Order 2007-04.

### CONCLUSIONS OF LAW

1. Denial of this request for continuance would deny the defense herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing in this case.
2. Additionally, denial of this request for continuance would result in a miscarriage of justice.
3. For all of the above stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

4.     This is the first request for a continuance.

## ORDER

**IT IS ORDERED** that the sentencing currently scheduled for December 29, 2020, at the hour of 11:00 a.m., be vacated and continued to April 12, 2021, at 10:00 a.m.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____12/29/2020_____

4