**STIP**
ROGER C. BAILEY, ESQ.
Nevada Bar Number 12552
830 S. 4th Street
Las Vegas, Nevada 89101
Tel. 702.333.3333 x393
Fax: 702.444.4455
roger@thedefenders.net
Attorney for DEFENDANT

**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MAHOGANY BOYD,<br><br>　　　　Defendant. | Case No.:　2:20-CR-235-JAD-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING DATE**<br><br>(SECOND REQUEST) |

*Certification:* This stipulation is filed pursuant to General Order 2007-04.

IT IS STIPULATED between the defendant MAHOGANY BOYD through her attorney ROGER C. BAILEY, ESQ., and the United States of America, through CHRISTOPHER BURTON, Assistant United States Attorney, that the sentencing currently scheduled for April 20, 2021, at the hour of 10:00 a.m. be vacated and set to a date and time convenient to this court, but in no event earlier than ninety (90) days.

This Stipulation is entered into pursuant to General Order 2007-04 and based upon the following:

1. There has been one previous continuance requested in this case.
2. Defendant is undergoing various treatments for breast cancer which compromised her immune system.
3. Defendant's medical condition has worsened, making it difficult to ambulate.
4. The parties agree to the continuance.
5. Denial of this request for continuance would cause the defendant to extreme hardship due to current mobility issues.

6. For the above stated reasons, the parties agree that a continuance of the sentencing date would best serve the ends of justice in this case.
7. This is the second request for a continuance of the sentencing date in this case.
8. The Defendant is out of Custody and does not object to the continuance.

DATED this 15th day of April.

RESPECTFULLY SUBMITTED BY:

/s/ Christopher Burton
CHRISTOPHER BURTON
Assistant United States Attorney

/s/ Roger C. Bailey
ROGER C. BAILEY, ESQ.
Attorney for MAHOGANY BOYD

1
2  **STIP**
   ROGER C. BAILEY, ESQ.
3  Nevada Bar Number 12552
   830 S. 4th Street
4  Las Vegas, Nevada 89101
   Tel. 702.333.3333 x 393
5  Fax: 702.444.4455
6  roger@thedefenders.net
   Attorney for DEFENDANT
7

8               **UNITED STATES DISTRICT COURT**
                **IN AND FOR THE DISTRICT OF NEVADA**
9

10 UNITED STATES OF AMERICA,          )
                                      )
11              Plaintiff,            )
                                      )
12 vs.                                )   Case No.:   2:20-CR-235-JAD-NJK
                                      )
13                                    )   **STIPULATION TO CONTINUE**
   MAHOGANY BOYD,                     )   **SENTENCING DATE**
14                                    )
                Defendant.            )
15                                    )   (SECOND REQUEST)
                                      )
16 _____    )

17
                        **FINDINGS OF FACT**
18

19      Based upon the submitted Stipulation, and good cause appearing therefore, the
   Court finds that:
20
        1.   The parties require additional time to prepare for sentencing in this matter.
21
        2.   This stipulation complies with General Order 2007-04.
22

23                      **CONCLUSIONS OF LAW**
24
        1.   Denial of this request for continuance would deny the defense herein
25
             sufficient time and the opportunity within which to be able to effectively and
26
             thoroughly prepare for sentencing in this case.
27      2.   Additionally, denial of this request for continuance would result in a
28           miscarriage of justice.

                                        3

3. For all the above stated reasons, the ends of justice would best be served by a continuance of the sentencing date.
4. This is the second request for a continuance.

## ORDER

**IT IS ORDERED** that the sentencing currently scheduled for April 20, 2021, at the hour of 10:00 a.m., be vacated and continued to August 3, 2021, at the hour of 10:00 a.m.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 4/16/2021