**STIP**
ROGER C. BAILEY, ESQ.
Nevada Bar Number 12552
830 S. 4th Street
Las Vegas, Nevada 89101
Tel. 702.333.3333 x 393
Fax: 702.444.4455
roger@thedefenders.net
Attorney for DEFENDANT

**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.:   2:20-CR-235-JAD-NJK |
| vs. | **STIPULATION TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE** |
| MAHOGANY BOYD, | |
| Defendant. | (FIRST REQUEST) |

*Certification:* This stipulation is filed pursuant to General Order 2007-04.

IT IS STIPULATED between the defendant MAHOGANY BOYD through her attorney ROGER C. BAILEY, ESQ., and the United States of America, through CHRISTOPHER BURTON, Assistant United States Attorney, that the pretrial release condition requiring random drug testing be removed as a condition of release because of medical hardship.

This Stipulation is entered into pursuant to General Order 2007-04 and based upon the following:

1. There have been no previous requests for removal of any of the conditions of release in this case.
2. Defendant's physical condition has deteriorated as a result of her severe medical condition.
3. The parties agree to the removal of the condition no longer requiring random drug testing.
4. Denial of this request for continuance would cause the defendant to suffer extreme hardship due to her ongoing medical condition.

5. For the above stated reasons, the parties agree to the removal of the condition no longer requiring random drug testing.
6. This is the first request for modification of pretrial release conditions in this case.
7. The Defendant is out of Custody and does not object to the modification.

DATED this 15th day of April.

RESPECTFULLY SUBMITTED BY:

| | |
|---|---|
| /s/ Christopher Burton | /s/ Roger C. Bailey |
| CHRISTOPHER BURTON | ROGER C. BAILEY, ESQ. |
| Assistant United States Attorney | Attorney for MAHOGANY BOYD |

**STIP**
ROGER C. BAILEY, ESQ.
Nevada Bar Number 12552
830 S. 4th Street
Las Vegas, Nevada 89101
Tel. 702.333.3333 x 393
Fax: 702.444.4455
roger@thedefenders.net
Attorney for DEFENDANT

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Case No.:   2:20-CR-235-JAD-NJK |
| MAHOGANY BOYD, | **STIPULATION TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE** |
| Defendant. | (FIRST REQUEST) |

### FINDINGS OF FACT

Based upon the submitted Stipulation, and good cause appearing therefore, the Court finds that:

1. Requiring the Defendant to submit to random drug testing as a condition of pretrial release is overburdensome given her severe medical condition.
2. This stipulation complies with General Order 2007-04.

### CONCLUSIONS OF LAW

1. Denial of this request for continuance would impose an extreme hardship on the Defendant given her current medical condition.
2. For all the above stated reasons, the ends of justice would best be served by a modification of the pretrial release conditions.

3

3. This is the first request for a modification of the conditions for pretrial release.

**ORDER**

**IT IS ORDERED** that the pretrial release condition requiring random drug testing be removed.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 4/20/2021