CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Christopher.Burton4@usdoj.gov
*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAHOGANY BOYD,<br><br>Defendant. | Case No. 2:20-cr-00235-JAD-NJK<br><br>**Order Granting Government's Motion to Dismiss Criminal Information Pursuant to Federal Rule of Criminal Procedure 48(a)**<br><br>ECF No. 28 |

The United States of America, by and through the undersigned attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the above-captioned case against defendant MAHOGANY BOYD.

Defense counsel has provided the government with a death certificate for the Defendant. A redacted copy is attached as Exhibit A to this Motion. Based on this information, the government believes it cannot continue the instant prosecution.

///

///

///

///

1

1     Accordingly, the United States respectfully requests that the instant case (2:20-cr-00235-JAD-NJK) against Defendant Mahogany Boyd be dismissed and the case against the same be closed.

DATED: October 27, 2021.

                                Respectfully submitted,

                                CHRISTOPHER CHIOU
                                Acting United States Attorney

                                _____//s//_____
                                CHRISTOPHER BURTON
                                Assistant United States Attorney

Good cause appearing, the Government's Motion to Dismiss [ECF No. 28] is GRANTED. This case is dismissed. The Clerk of Court is directed to CLOSE THIS CASE

                                _____
                                U.S. District Judge
                                October 28, 2021